Steve Morris, NV Bar No. 1543
Raleigh C. Thompson, NV Bar. No. 11296
MORRIS LAW GROUP
411 E. Bonneville Ave., Ste. 360
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Email: sm@morrislawgroup.com
Email: rct@morrislawgroup.com

Attorneys for Defendant
Brendan Michael Goad

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LINO MURILLO,<br><br>             Plaintiff,<br>v.<br><br>BRENDAN MICHAEL GOAD; CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS; DOES 1 through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>             Defendants. | Case No. 2:16-cv-02739-RFB-CWH<br><br>**STIPULATION AND ORDER TO TAKE THE DEPOSITION OF STAN V. SMITH, PH.D. AFTER THE JULY 31, 2017 DISCOVERY DEADLINE**<br><br>**(FIRST REQUEST)** |

Plaintiff Lino Murillo ("Murillo"), Defendant Brendan Michael Goad ("Goad"), and Defendant Corporation of the Presiding Bishop of The Church of Jesus Christ of Latter-day Saints ("CPB") (collectively, the "Parties"), by and through their respective counsel of record, hereby agree and stipulate that:

1. The deadline to complete discovery in this case is July 31, 2017. *See* Order to Extend Deadlines (ECF No. 14).

2.      Pursuant to a notice of deposition and subpoena dated June 21, 2017, Goad scheduled the deposition of plaintiff's expert Stan V. Smith, Ph.D. of Chicago, Illinois, to take place in Chicago on July 12, 2017, a date provided by Dr. Smith and agreed upon by the Parties.

3.      Dr. Smith's office notified Murillo's counsel on July 10, 2017 that Dr. Smith was called to testify in another state on July 12, 2017, and thus would be unavailable that day for his deposition in this case. Dr. Smith's office further notified Murillo's counsel that Dr. Smith's next available date for deposition is August 10, 2017. Accordingly, the Parties have agreed to reschedule the deposition of Dr. Smith for August 10, 2017 in Chicago, subject to the Court's approval of this stipulation.

Pursuant to LR IA 6-1, the Parties state that this is the first request to take the deposition of Dr. Smith beyond the discovery deadline (the parties previously extended all discovery deadlines, *see* ECF No. 14). This stipulation requests a singular exception to take discovery beyond the July 31, 2017 discovery cutoff, and does not extend or otherwise impact that or any other deadline in this case. There is good cause to grant this stipulation given Dr. Smith's late cancellation and the parties' good faith

2

1  efforts to cooperate in rescheduling Dr. Smith's deposition as soon as
2  practicable, as described above.

3  MORRIS LAW GROUP

4
5  By: /s/ Raleigh C. Thompson
    Steve Morris, NV Bar No. 1543
6   Raleigh C. Thompson,
    NV Bar No. 11296
7   411 E. Bonneville Ave., Ste. 360
    Las Vegas, Nevada 89101
8
9  Attorneys for Defendant
   Brendan Michael Goad
10
11 CARBAJAL & McNUTT, LLP

12 By: /s/ Matthew C. Wolf
   Daniel R. McNutt,
13 NV Bar No. 7815
   Matthew C. Wolf,
14 NV Bar No. 10801
   625 South Eighth Street
15 Las Vegas, NV 89101
16
17 Attorneys for Defendant
   Corporation of the Presiding Bishop
18 of The Church of Jesus Christ of
19 Latter-day Saints

LAW OFFICE OF JULIE A. MERSCH

By: /s/ Julie A. Mersch
   Julie A. Mersch, NV Bar No. 4695
   701 S. 7th Street
   Las Vegas, NV 89101

Attorney for Plaintiff
Lino Murillo

20
21                    **ORDER**
22        IT IS SO ORDERED.
23
24                              _____
                                U.S. MAGISTRATE JUDGE
25                              DATED: July 13, 2017
26
27
28